**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel.* SIDESOLVE LLC, ) <br> ) <br>     Plaintiff-Relator, ) <br> ) <br> v. ) <br> ) <br> JAY CASHMAN, INC.; STERLING ) <br> EQUIPMENT, INC.; and CASHMAN ) <br> DREDGING & MARINE CONTRACTING ) <br> LLC, ) <br> ) <br>     Defendants. ) | Case No. 1:23-cv-00207-JL |

**PLAINTIFF-RELATOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Relator hereby gives notice that all claims in the above-captioned action are voluntarily dismissed as to all named defendants, without prejudice as to Relator and without prejudice as to the United States.

Relator has conferred with the United States concerning this dismissal, and it has indicated that it does not object to dismissal on these terms. Relator further understands that the United States will file a separate notice regarding the dismissal.

All parties will bear their own costs.

DATED this 4th day of February, 2025.

1

/s/ Jason Marcus
Jason Marcus
Georgia Bar No. 949698
**Bracker & Marcus LLC**
3355 Lenox Rd., Suite 660
Atlanta, Georgia 30326
Tel: (770) 988-5035
Fax: (678) 648-5544
Jason@FCACounsel.com

Attorney for Relator Sidesolve LLC

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify on this 4th day of February 2025, I have served the foregoing Notice of Voluntary Dismissal by causing a copy to be electronically delivered via ECF to all Parties.

                                      /s/ Jason Marcus
                                      Jason Marcus
                                      Bracker & Marcus LLC